IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM MACY,

       Plaintiff,

v.

WATERFORD OPERATIONS, LLC,
and AVAMERE HEALTH SERVICES, LLC,

       Defendants.
_____

Civ. No. 1:16-cv-01675-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#25), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#25) is adopted. The motion to dismiss (#14) is granted. Plaintiff's amended complaint is due within 30 days of this order.

IT IS SO ORDERED.

       DATED this 25th day of March, 2017.

                                        _____/s/ Michael J. McShane_____
                                               Michael McShane
                                         United States District Judge